## Gallitzin Township Annexation Case.

Argued April 11, 1966. Before Ervin, P. J., Wright, Watkins, Montgomery, Jacobs, Hoffman, and Spaulding, JJ.

*John W. Taylor,* with him *Myers, Taylor and Peduzzi,* for appellants.

*Robert J. Cassidy,* for appellees.

Opinion by Ervin, P. J., June 17, 1966:

This case raises the same questions which we have decided today in *Jenner Township Annexation Case,* 208 Pa. Superior Ct. 62, 220 A. 2d 385, to wit: whether the Act of July 20, 1953, P. L. 550, 53 PS §67501 et seq., repealed by implication §425 et seq. of The Borough Code of May 4, 1927, P. L. 519, 53 PS §45425 et seq. For the reasons expressed in the opinion filed in that case concurrently herewith, the order of the court below must be affirmed.

Order affirmed.